ORIGINAL

```
1  PAUL D.S. EDWARDS,
   713 Wheat Ridge Lane, Unit 203,
2  Las Vegas, Nevada 89145
3  Landline Telephone:  702.341.1776
   Cellular Telephone:  702.893.1776
4  Email: pauldse@pauldsedwards.com
   Plaintiff pro se
5
```

```
FILED            RECEIVED
ENTERED          SERVED ON
         COUNSEL/PARTIES OF RECORD

         JAN 2 4 2018

   CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____
```

# UNITED STATE DISTRICT COURT,

# DISTRICT OF NEVADA

| | |
|---|---|
| PAUL D.S. EDWARDS, | CASE NO.:   2:18-cv-00125 |
| **Plaintiff,** | |
| vs. | |
| EFG COMPANIES, a/d/b/a EFG AGENCY, INC., a/d/b/a EFGUSA.COM, a/d/b/a ENTERPRISE FINANCIAL GROUP, INC., and VEHICLE PROTECTION DEPARTMENT, LLC, and AMERICAN SECURITY INSURANCE CO., and AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, and RETICULATED ADMINISTRATIVE SERVICES, INC., and BRICKELL FINANCIAL SERVICES-MOTOR CLUB INC., d/b/a ROAD AMERICA MOTOR CLUB, INC., d/b/a ROAD AMERICA MOTOR CLUB, and JOHN PAPPANASTOS, and JASON RHODEN, a/k/a JR RHODEN, and JOHN AUGUST FROBOSE, a/k/a JOHN FROBOSE, and KATHERINE A. MCDONALD, and DENNIS MC NAIR FANTIS, a/k/a DENNIS M. FANTIS, and RUBEN SANTOS MARTIN, and DOES I-X, and ROE CORPORATIONS XI-XX, et al. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP, RULE 41(a)(1)(A)(i)** |
| **Defendants.** | |

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure (**"FRCP"**), Rule 41, that states, in pertinent part—

> Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
>
> (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment;
>
> Rule 41(a)(1)(A)(i).

Accordingly, as no Answer or Motion for Summary Judgment has been filed by any of the above-named Defendants in this action, Plaintiff PAUL D.S. EDWARDS, *pro se*, hereby *voluntarily dismisses* all claims in this action, *without prejudice*, as to each of the Defendants above-named.

Consequently, each Defendant, above-named, may be dismissed, *without prejudice*, and without an Order of the Court.

DATED this 24th day of January 2018.

PAUL D.S. EDWARDS,

/s/ Paul D.S. Edwards
Paul D.S. Edwards
713 Wheat Ridge Lane, Unit 203
Las Vegas, Nevada 89145
Landline Telephone:   702.341.1776
Cellular Telephone:   702.893.1776
Email: pauldse@pauldsedwards.com
Plaintiff, *pro se*

. . .

. . .

. . .

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 25th day of January 2018, after being placed in a envelope, and thereon placing sufficient postage, I deposited in a United States Postal Service receptacle, a copy[ies] of the following document[s]:

1. Plaintiff's Notice of Voluntary Dismissal Pursuant to FRCP, Rule 41(a)(1)(A)(i).

and addressed to the following:

Ryan M. Lower
MORRIS LAW GROUP
411 E. Bonneville Avenue, Suite 360
Las Vegas, Nevada 89101

Frank G. Burt
CARLTON FIELDS JORDEN BURT, P.A.
1025 Thomas Jefferson Street, NW
Suite 400 West
Washington, DC 20007

_____
Designee for Plaintiff

-3-